IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR78 |
| vs. | |
| WILLIAM VANDETTI, | ORDER |
| Defendant. | |

    This matter is before the court on the motion of Jessica P. Douglas to withdraw as counsel for the defendant, William Vandetti. (Filing No. 110). Jessica P. Douglas represents that she is relocating to Illinois and can no longer maintain a private practice in Nebraska. Jessica P. Douglas's motion to withdraw (Filing No. 110) is granted.

    Kristina B. Murphree, 11605 Miracle Hills Drive, Suite 300, Omaha, NE 68154, (402) 492-9800, is appointed to represent William Vandetti for the balance of these proceedings pursuant to the Criminal Justice Act. Jessica P. Douglas shall forthwith provide Kristina B. Murphree with the discovery materials provided the defendant by the government and such other materials obtained by Jessica P. Douglas which are material to William Vandetti's defense.

    The clerk shall provide a copy of this order to Kristina B. Murphree and the defendant.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge